20200626151655

| AO 440 (Rev 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF EFFECTED (1) BY ME **SUMMONS AND COMPLAINT** EDNA Ingram TITLE **PROCESS SERVER** | DATE 6/30/2020 |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE**

[✓] Served personally upon the defendant

WESTLAKE SERVICES, LLC D/B/A WESTLAKE FINANCIAL SERVICES, C/O CORPORATE CREATIONS NETWORK, INC

Place where served

5444 WESTHEIMER ROAD, STE 1000  HOUSTON  TX  77056

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein  Name of person with whom the summons and complaint were left

Relationship to defendant _Johnny Rivera, Authorized to Accept_

Description of Person Accepting Service

SEX M  AGE 34  HEIGHT 5' 6"  WEIGHT 155  SKIN White  HAIR Black  OTHER ____

[X] To the best of my knowledge, said person was not engaged in the U S  Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct

DATE 7 / 1 / 20 20

SIGNATURE OF EDNA Ingram  LS
GUARANTEED SUBPOENA SERVICE, INC
2009 MORRIS AVENUE
UNION  NJ 07083

ATTORNEY  YAAKOV SAKS, ESQ
PLAINTIFF  SHIRAN DERY
DEFENDANT  TRANS UNION, LLC, ET AL
VENUE  DISTRICT
DOCKET  4 20 CV 02207
COMMENT

## AFFIDAVIT OF AUTHORITY

I, Veronica C. Valega, Operations Director of Corporate Creations Network Inc. and United Agent Group Inc., do hereby authorize Regus, and all of its staff, including but not limited to Leslie Cruz, Johnny Rivera and Sandra Zboyan, to accept and mail all documents, including any and all court documents served or delivered by the court, private server, sheriff, courier, or otherwise on behalf of me and my companies. This authorization includes signing on behalf of myself, Corporate Creations Network Inc., or United Agent Group Inc. to accept all mail and documents, including court documents served or delivered by the court, private server, sheriff, courier, or otherwise to 5444 Westheimer #1000, Houston, TX 77056.

HEREBY SEEN AND AGREED:

_____        7/1/19
Veronica C. Valega                          DATE
Operations Director
Corporate Creations Network Inc
United Agent Group Inc.


STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this 1st day of July, 2019 by the above named signatory, who is personally known to me or who produced a drivers license or passport as identification and who did take an oath.

_____
Signature of Notary Public

ANGELA MARTIN
Commission # GG 393501
Expires June 15, 2023
Bonded Thru Troy Fain Insurance 800-385-7019

Stamp of Notary Public